US DISTRICT COURT
207 N.W. 2nd St.
Suite 337
Ocala, Florida 34475-6603

Page 1 of 6

4-11-23

(Chief) Col. Michael S. OwlFeather-Gorbey

vs.

No 5:23-cv-241-BJD-PRL

Jury Demand yes!

(1) Mr. John Doe, SIS
(2) Mrs. Gonzalez, C-Unit Manager
(3) John or Jane Doe Psycology supervisor (Valistero)
(4) Jane Doe Case Manager Coordinator (Miller)
(5) Phelps, Associate Warden
(6) Withers Mr. Warden
(7)

FILED 2023 APR 17 AM 11:14 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL OCALA, FLORIDA

OwlFeather-Gorbey's Bivens Action under 28 USC §1915(g) Imminent Danger.

Points & Arguments

(1) Priorly in 2018 Due to Gorbey's inability to walk any active USP yard safely, Gorbey was designated to USP Coleman 1 RHU Program as a verified Protective Custody case. While being in such RHU program the general population see & are made aware of the RHU program participants daily at recreation, pill line & medical call outs making it plain & clear that RHU participants cannot

(safely) then later. walk usp Coleman 1 yard. in general Population.

(2) yet. Recently December 2022 The F.Bop Error Designated Gorbey to usp Coleman 1 general Population being A clear & valid threat to Gorbey's safety.

(3) Upon Ariving At usp Coleman 1. The Case Manager Coordinator who's Job is to (insure) Each new Arival is Properly designated & scored. Fail to Address my issue & Allow the Error threatful Designation.

(4) Upon Ariving At usp Coleman 1. I Personally & clearly inform SIS staff of my situation & yet SIS suggested I Atleast give it A good Faith Effort & Try it. Arguing if I Recieve Any threats I Could seek P.C. While SIS know in Prison there often are not Any threats but Rather violent Physical Attacks. While SIS threatning my safety inform me if I did not Atleast try it I would be listed As Unverified & Recieve Discipline Actions & sanctions. (ordering me to try it.)

(5) I Not wanting Discipline & sanctions went to general Population & sure Enough inmates who Have been here years Recognize me & on 3-27-23 multiple inmates. R.Brown. Gombo

Carter & others who had set me up with stolen postage stamps, confronted me in the chow hall & argue that morning. That normally I would have already been butcher (stab) but they like stamps so extorting me I had to pay 32 flats of stamps, some $300.00 in stamps regularly or be butcher while I do NOT have such money to pay, & wont pay extortions! So before they could physically assault me I went to the Lt. office about 8:30 AM 3-27-23 & requested P.C. explaining the events to several staff. However,

(6) John Doe SIS conducting my alleged investigation never spoke to or interview me for all the facts & irrespective of my personally handing psychology supervisor & administration cop-outs on the weekly walk throughs, unverified me 4-11-23 ordering me to general population which they know is a threat to my safety, influence by A-W Felps who Gorbey has sued at other prisons

* SIS never interviewing Gorbey simply went & ask the threatful inmates if Gorbey can return to the yard & those inmates of course wont tell staff their extorting others at threat of violence say yes! He can come back. & thus. SIS are working to assist extortions & physical assaults while

In 2017 at USP Lee. Mr. Phelps, the Captain there was placing Gorbey in adverse conditions & Gorbey had to sue Phelps, & now Phelps is simply retaliating which is concerning as in 2017 Phelps co-worker Lt. Avery also acting with threatful misconducts was found by the Fed. Court Roanoke VA. to be an imminent danger to Gorbey 7:17-cv-192 for subjecting Gorbey to similar events & more recently. Gorbey just left USP Thompson Ill. to come to Florida where Avery is now the Captain & the 7th cir US App. Ct. recently again found imminent dangers to Gorbey related to Avery's negligent wrongful acts 22-2129 & yet. Gorbey is immediately transfer from USP Thompson to USP Coleman 1 general population where Phelps is now an associate warden & retaliating on Gorbey, all directing shu staff to order Gorbey to general population they reasonably know is a threat to Gorbey's safety, along with Mrs Gonzales. UN verify me

<u>Ross vs. United States</u> 641 F.Supp.368.372 (D. DC. 1986) negligent transfer is actionable.

<u>Farmer vs. Brennan</u> 511 US 825 (1994) must provide reasonable safety.

<u>Lewis vs. Sullivan</u> 279 F3d.526.531 (7th cir. 2002) If we say a person must suffer actual physical

to qualify for the imminent danger exception, no prisoner would find solace, as then it would be impossible to avoid the physical injury. & if we then say once the assault is over he or she is no longer in imminent danger. Reading the imminent danger statute this way would make it chimerical & a cruel joke on prisoners. see. Lewis 229 F.3d. at 531 see. also. Gibbs vs. Cross 160 F3d. 962-967 (3rd cir. 1998) A prisoner need not allege any existing serious physical injury but rather. the events alleged need only (pose) a (threat of) serious physical injury or death. Abdul-Akbar 239 F3d at 315.

Thus. Here. Staff (know) Gorbey being in (RHU) as a verified P.C. Case cannot then walk the same general population yard safely & Gorbey need not wait until he is actually physically assaulted. to seek P.C. His situation is a valid threat to his safety, while. All allow by the Warden & psycology. (who) oversee (RHU) & P.C. requests. FBOP DSCC (knows) such threatful staff such as Avery & Felps are at these prisons & are valid threats to Gorbey's safety themselves as clearly repeatedly found by the Federal Courts so. 1st Gorbey satisfies the §1915(g) imminent

Danger Exception & given the Damages He is now suffering from misuse of Discipline as a Result He Also States A claim For Damages. see Harris vs. Garner 190 F.3d. 1279 (11th cir. 1999) Martin vs. Shelton 319 F3d 1048. 1050 (8th cir. 2003) while we must note Gorbey is suffering Now As A Result. Discipline Actions. loss of Privileges & loss of good time which Are Physical or Nominal Damages. A Continued Threat. When Even in shu Gorbey Can be Housed With Adverse threatful inmates & Each of the cases where Courts Have Already Found imminent Danger to Apply For Gorbey Are in special Housing units & general Populations. while Gorbey Has A (Right to) Equal Protection. Due Process & Safety (Without) The use of Discipline. or Retaliation. – Discrimination Fortner vs. Thomas 983 F.2d. 1024 (11th cir 1993) see Continuance Page & Declaration 1&2 Enclosed.

Relief sought.

(1) I seek $1,000,000.00 one million Dollars
(2) I seek Protective Custody without being subject to Discipline & Sanctions.
(4) I seek A Hearing & Appointment of Co-Counsel
     (chief) Col. michael S. Owl Feather - Gorbey
     Northern Rock-Tree monacan - Native America
DC DOC 312611 Fed. 33405-013 USP Coleman1 Florida, 33521

1 Continuance Page. to suit

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  USP Coleman 1   on  4-11-23
                (Location)                           (Date)

(Chief) Col. Michael S. Owl Feather-Gorbey
Your Signature

I Gorbey Also include that I Have seriously Advanced glaucoma. I Have been Refused Any ophthalmology Examinations since February 2021. On 11-17-22 optometry At USP Thompson Illinois Reported my Eye levels At levels threatning total Blindness & order "Emergency" ophthalmology visit yet Then I was ship Here to Florida & Have Not been seen. I suffer 95+% Damage to L-eye & 65+% to R-eye & High Eye Pressure threatning total Blindness From F.Bop Repeated Denials of Treatment & (Courts) Failures to grant me leave Emboldings FBop misconducts
Pinder vs. McDowell 619 FAppx 565, 566-67 (8th Cir 2015)
Liner vs. Fischer 11-CV-6711, 2012 US Dist. Lexis 95599 at *13 (S.D.N.Y. July 11, 2012.)
Ibrahim vs. D.C. 463 F3d 3:7 (D.C. Cir. 2006) While medical staff Mr. Falkner threatens me & tries to get shu staff to Attack me.
(Chief) Owl Feather-Gorbey
Northern Rock-Tree Monacan.

a Continuance page to Suite

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  USP Coleman   on  4-11-23
              (Location)              (Date)

(chief) Col. Michael S. Wfeather-Gorbey
Your Signature

IN Addition It must be stress that I was brought to SHU for Protective Custody 3-27-23. Which SIS is Require to Properly investigate. yet Not once in this SHU Stay Did ANY SIS Staff or other staff interview me for my Protective Custody need. SIS Simply went & Ask the inmates Who Are A Threat to me if I can come back out When of course they Wanting to Extort & or physically Assault me Would say Yes! This Alone is A Threat to my safety Where NO Proper Threat Assesment is Done. & then I'm subject to Discipline & Sanction & threat of Adverse Housings in SHU With Violent Mentally ill inmates   Medical Staff Falkner Denying me meds & Sick-call access openly Threaten me in SHU I gave HSA A Cop-out Complaint & Falkner Threaten me Again & try to get the SHU Lt to Retaliate on me.